# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 4, 2023

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Ramiro Anibal Gomez Luna,**
           **21 Cr. 562 (LAP)**

Dear Judge Preska:

    I write to request that the Court adjourn the conference currently scheduled for October 17, 2023, by approximately 60 days. An adjournment is necessary to allow counsel to meaningfully review the discovery material with Mr. Gomez Luna. This review is time consuming because most of the materials are in Spanish, and Mr. Gomez Luna and I must communicate through an interpreter.

    This is my first request for an adjournment, and the government has no objection to this request.

    ② If the Court grants the requested adjournment, the government asks that the time until the next conference be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7). The defense consents to the exclusion of time.

① The conference is adjourned to December 19 at 9:00

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/5/23

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: AUSA Jason Richman