```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES,<br><br>-against-<br><br>RAMIR ANIBAL GOMEZ LUNA,<br><br>                    Defendant. | 21 CR 562 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court received a missive from Mr. Gomez Luna regarding a potential breakdown of the attorney-client relationship. Counsel to Mr. Gomez Luna shall respond, via letter, no later than May 31, 2024.

**SO ORDERED.**

Dated:   New York, New York
          May 17, 2024

                                *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge