# RETURETA & WASSEM, P.L.L.C.
Attorneys at Law
300 New Jersey Avenue, NW ~ Suite 1300
Washington, D.C. 20001
www.returetawassem.com
(202) 450-6119

Manuel J. Retureta, Esq.
mjr@returetawassem.com

November 23, 2024

*Via ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Ramir Anibal Gomez Luna*, 21 Cr. 562 (LAP)**

Dear Judge Preska:

On behalf of Mr. Gomez Luna, and with the consent of government counsel, we respectfully submit this request for a brief continuance of the sentencing hearing date.

Unfortunately, undersigned counsel inadvertently failed to file the defendant's memorandum in aid of sentencing two weeks prior to the sentencing hearing, currently scheduled for Monday, December 2nd. Undersigned counsel has discussed this matter with government counsel, and both parties agree that maintaining the Court's practices regarding filing of sentencing memoranda would be appropriate.

The Court has previously continued sentencing in this matter due to a change of defense counsel and to permit counsel time to review the discovery material in anticipation of sentencing. Docket Entries 27 and 29. The parties respectfully suggest a new sentencing date in January 2025.

Respectfully submitted,

/s/ M. J. Ret.

Manuel J. Retureta, Esq.

Copies To All Parties Via ECF.

*[Handwritten: Sentencing is adjourned to January 13, 2025 at 11:00 a.m.]*

SO ORDERED
*[Signature]*
11/25/24
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

RETURETA & WASSEM, P.L.L.C.
WASHINGTON, D.C.